**REMAND / JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-4972-GW-Ex | Date | September 20, 2023 |
|---|---|---|---|
| Title | *Paymon Pohjan, et al. v. The Home Depot, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER**

Plaintiffs filed their First Amended Complaint on September 19, 2023 [27]. In light of the filing and the Court's Ruling issued on September 18, 2023 [26], the above-entitled action is remanded to state court for lack of subject matter jurisdiction.

:

Initials of Preparer    JG